```
                                        CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                  FILED
          IN THE UNITED STATES DISTRICT COURT     SEP 2 3 2005
         FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION            JOHN F. CORCORAN, CLERK
                                             BY:
                                                    DEPUTY CLERK
```

| | |
|---|---|
| JOSEPH BOWLER, ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00572 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| C/O COUNTS, <u>et al.</u>, ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |
| ) | |

In accordance with the memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that plaintiff's complaint and attachments are hereby **FILED** for administrative purposes only as a civil rights complaint, pursuant to 42 U.S.C. §1983; plaintiff's motion for <u>in forma pauperis</u> status shall be and hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and the action is hereby **DISMISSED** without prejudice and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 22nd day of September, 2005.

_____
Senior United States District Judge